Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

PER CURIAM.

Coy Conaway (Defendant) appeals from the judgment of conviction entered by the Circuit Court of St. Louis County after a jury found him guilty of robbery in the first degree and armed criminal action. Defendant claims that the trial court erred in allowing the prosecutor to improperly personalize closing argument.

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 30.25(b).

Scott K. Friedrich and Chaste S. Higgins, Butler, MO, Attorneys for Respondent.

Karl H. Timmerman, Holden, MO, Ron Ribaudo, Ballwin, MO, Attorneys for Appellant.

Before Division One: James Edward Welsh, Presiding Judge, and Thomas H. Newton and Karen King Mitchell, Judges

Order

Per Curiam:

Darrell Diehl appeals the trial court's division of the assets following the dissolution of his marriage to Joyce Rider–Diehl. Finding no error warranting reversal, we affirm. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Raheem K. BLAND, Appellant.**

**WD 77262**

Missouri Court of Appeals, Western District.

FILED: June 2, 2015

Rachel S. Flaster, Jefferson City, MO, for respondent

S. Kate Webber, Kansas City, MO, for appellant

**Joyce Elaine RIDER–DIEHL, Respondent,**

v.

**Darrell Leroy DIEHL, Appellant.**

**WD 77909**

Missouri Court of Appeals, Western District.

ORDER FILED: June 2, 2015